## BILL VOWELL v. STATE.

No. A-7549.   Opinion Filed Aug 16, 1930.
(290 Pac. 1119.)

Justin Hinshaw, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Cleveland county on a charge of maintaining a public nuisance, and his punishment fixed at a fine of $50 and confinement for a period of 30 days in the county jail.

The appeal in this case was filed in this court on the 13th day of September, 1929.   No briefs have been filed

on behalf of plaintiff in error and no appearance was made for oral argument.

Upon a careful examination of the record, we find no errors depriving the appellant of any substantial rights.

The evidence being sufficient to support the the verdict, the cause is affirmed.